AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Huck, Paul C | 2. Court or Organization<br><br>SD - FL | 3. Date of Report<br><br>06/11/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>99 N.E. Fourth Street<br>Suite 1067<br>Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 JUL -7 A 10: 44 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | University of Miami | $ 6,000.00 |
| 2. 2007 | Social Security | $ 25,479.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self Employed - Small Business Owner |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 6-28-07 | Orlando, FL | Part. in RoundTable Panel | Expenses related to travel and Lodging while participating in Fl Bar Conference |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 06/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 06/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Gibraltar Bank FSB, Checking Account | A | Interest | K | T | | | | | |
| 2. Gibraltar Bank, FSB Money Market | A | Interest | L | T | | | | | |
| 3. Altamonte Investors | D | Distribution | M | T | Loan | | | | K-1 Partnership |
| 4. Rascon Associates Ltd. | | None | L | T | Loan | | | | Partnership |
| 5. Lakehouse I Ltd. | B | Distribution | J | U | | | | | |
| 6. Oman Trustee #4 (Baez) | | None | L | T | | | | | |
| 7. Oman Trustee #9(Herrera) | D | Interest | L | T | | | | | |
| 8. Oman Trustee #13(288Homestead) | D | Interest | K | T | | | | | |
| 9. Oman Trustee #15(Rockledge) | B | Interest | K | T | | | | | |
| 10. Oman Trustee#16 (NW19/20 LLC) | D | Interest | M | T | | | | | |
| 11. Oman Mortgage Trust One | D | Interest | L | T | | | | | |
| 12. Oman Mortgage Trust Two | | | N | T | | | | | |
| 13. Lantern 22 | | None | M | T | | | | | |
| 14. Crystal Cove | | None | M | T | | | | | |
| 15. FSP Collins Crossing | C | Dividend | L | T | | | | | |
| 16. Morgan Keegan Money Fund#1 | F | Int./Div. | J | T | | | | | |
| 17. Morgan Keegan Money Fund #2 (PH) | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 06/11/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Morgan Keegan Money Fund ## (PHIRA) | B | Int./Div. | K | T | | | | | |
| 19. | New York Life Insurance | A | Interest | L | T | | | | | |
| 20. | New York Life Insurance | C | | | | Surrender | | | | |
| 21. | Orange Cty FL Tourist DV Tax | B | Interest | L | T | | | | | |
| 22. | Osceola Co Fl West 192 REDV | B | Interest | K | T | | | | | |
| 23. | Osceola Co FL West 192 REDV | | | | | Maturity | 11/07 | K | E | |
| 24. | West Va St Hosp Fin Auth | B | Interest | L | T | | | | | |
| 25. | Fl State Gov Environ. | B | Interest | L | | | | | | |
| 26. | Fl State Gov Util | B | Interest | K | T | | | | | |
| 27. | Volusia County | C | Interest | M | T | | | | | |
| 28. | Jacksonville FL Excise Taxes | C | Interest | M | T | | | | | |
| 29. | Mia-Dade HLTH FACS-MCH | | None | L | T | Purchase | 10/07 | L | | |
| 30. | Davis NY Venture Fund A | B | Dividend | M | T | | | | | |
| 31. | Florida Rock Industries | A | Dividend | K | T | | | | | |
| 32. | Florida Rock Industries | | | | | Sold | 02/22 | K | D | |
| 33. | CFS Holdings, Inc. | | None | | | | | | | Stock unvalued |
| 34. | CFS Holdings, Inc | | | | | Sold | 11/15 | | | Marker for any future dist |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 06/11/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 36. Ishares TR MSCI EAFE INDEX FD | | None | M | T | | | | | |
| 37. ISHARES RUSSELL 1000 VALUE IND FD | C | Dividend | M | T | | | | | |
| 38. ISHARES RUSSELL 1000 GROWTH INDEX FD | B | Dividend | M | T | | | | | |
| 39. ISHARESRUSSELLMIDCAPIN VAL | C | Dividend | L | T | | | | | |
| 40. ISHARESRUSSELL MIDCAP IN FUND | B | Dividend | L | T | | | | | |
| 41. ISHARESRUSSELL2000VALURE | A | Distribution | L | T | | | | | |
| 42. ISHARESRUSSELL2000GRWTHIDX | B | Dividend | L | T | | | | | |
| 43. SPDR S&P | B | Dividend | M | T | | | | | |
| 44. Kraft Foods Inc | B | Interest | K | T | | | | | |
| 45. Kraft Foods Inc. | | | | | Matured | 06/01 | K | | |
| 46. Astrazeneca PLC | B | Interest | K | T | Bought | 06/07 | | | |
| 47. Household Fin Corp | B | Interest | K | T | | | | | |
| 48. CocaCola Enterprises Notes | B | Interest | K | T | | | | | |
| 49. JP Morgan Chase & Co | C | Interest | L | T | | | | | |
| 50. Casts For GECC II | | | K | T | Buy | 4/03 | K | | |
| 51. Goldman Sachs Group | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 06/11/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Progressive Corp Ohio | A | Dividend | L | T | | | | | |
| 53. Progressive Corp Ohio | | | | | Sold | 03/20 | J | C | |
| 54. Williams Cos Inc | A | Dividend | K | T | | | | | |
| 55. Amgen. | | None | K | T | | | | | |
| 56. Amgen | | | | | Sold | 02/23 | K | | |
| 57. American Tower Corp | | None | K | T | | | | | |
| 58. Duke Energy | | Dividend | K | T | | | | | |
| 59. FPL Group Inc | A | Dividend | K | T | | | | | |
| 60. FPL Group Inc | | | | | Buy | 12/19 | K | | |
| 61. Iron Mountain | | | | | Sale | 06/19 | J | C | |
| 62. Danaher Corp | A | Dividend | K | T | Buy | 02/27 | | | |
| 63. Republic Services | | | J | T | Sell | 03/10 ? | J | | |
| 64. MPS Group | | | K | T | Sell | 02/10 | K | | |
| 65. K & F Industries Holdings | | | K | T | Sell | 01/05 | K | | |
| 66. Qwest Communications | | | | T | Sell | 02/13 | J | A | |
| 67. El Paso Corporation | A | Dividend | K | T | Sell | 03/13 | J | | |
| 68. El Paso Corporation | | | | | Buy | 11/05 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 06/11/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Emerson Electric Co | B | Dividend | L | T | | | | | |
| 70. Morgan Stanley | | | | | Sell | 07/26 | K | C | |
| 71. Commercial Bankshares | | | | | Sell | 01/23 | K | D | |
| 72. Johnson & Johnson | A | Dividend | L | | Sell | 03/28 | L | | |
| 73. General Dynamics Corp | A | Dividend | K | T | | | | | |
| 74. Blount County Tennessee Pub Bldg Auth | A | Interest | L | T | Sell | 07/12 | K | | Non-Taxable Floaters |
| 75. America Campus Communities | A | Dividend | J | T | Sell | 10/29 | J | | |
| 76. Williams Partners (line 103 of '05 Report -Misnamed) | B | Dividend | K | T | Partial Sale | 12/13 | K | C | |
| 77. Callaway Golf | | None | K | T | Buy | 12/11 | K | | |
| 78. Caterpillar Inc | A | Dividend | K | T | Buy | 04/26 | K | | |
| 79. Church and Dwight | A | Dividend | K | T | Buy | 01/09 | K | | |
| 80. Gilead Sciences | | | K | T | Buy | 11/28 | K | | |
| 81. Graco Inc | | | K | T | Buy | 10/09 | K | | |
| 82. LMI Aerospace Inc | | | K | T | Buy | 03/01 | K | | |
| 83. Lawson Software | | | J | T | Buy | 07/13 | J | | |
| 84. Leucadia | A | Dividend | K | T | Buy | 05/16 | K | | |
| 85. Stryker Corp | B | Dividend | L | T | Buy | 01/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 06/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Herley Microwave Systems | | | | | Buy | 03/07 | K | | |
| 87. Herley Microwave Systems | | | | | Sell | 12/11 | K | | |
| 88. Tyco Int | | | | | Buy | 01/10 | K | | |
| 89. Tyco Int | A | Dividend | K | T | Sell | 08/09 | K | | |
| 90. Paychex Inc | | | | | Buy | 02/27 | K | | |
| 91. Paychex Inc | | | | | Sell | 04/02 | K | | |
| 92. Energy Transfer Equity | A | Dividend | K | T | Buy | 03/26 | K | | |
| 93. Millenium Pharmaceutical | | | | | Buy | 04/03 | J | | |
| 94. Millenium Pharmaceutical | | | | | Sell | 05/11 | J | | |
| 95. Peabody Engergy | | | | | Buy | 04/17 | K | | |
| 96. Peabody Energy | | | | | Sell | 06/26 | K | | |
| 97. Insteel Industries | | | | | Buy | 05/24 | K | | |
| 98. Insteel Industries | | | | | Sell | 09/24 | K | | |
| 99. Greatbatch Inc | | | | | Buy | 06/27 | K | | |
| 100. Greatbatch Inc | | | | | Sell | 09/11 | K | | |
| 101. International Game Technology | | | | | Buy | 07/06 | K | | |
| 102. International Game Technology | | | | | Sell | 07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 06/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Powershares Global | | | | | Buy | 07/13 | K | | |
| 104. Powershares Global | | | | | Sell | 12/04 | K | A | |
| 105. The Scotts Company | | | | | Buy | 08/10 | K | | |
| 106. The Scotts Company | | | | | Sell | 11/01 | K | | |
| 107. Pilgrims Pride | | | | | Buy | 09/04 | K | | |
| 108. Pilgrims Pride | | | | | Sell | 09/28 | K | | |
| 109. Express Scripts Class A | | | | | Buy | 09/12 | K | | |
| 110. Express Scripts Class A | | | | | Sell | 10/30 | K | C | |
| 111. Navteq Inc | | | | | Buy | 09/28 | K | | |
| 112. Navteq Inc | | | | | Sell | 10/01 | K | | |
| 113. Spectra Energy1Omitted from prev rep) | | | | | Sell | 02/13 | J | | |
| 114. Covidien Ltd(Tyco Reorg) | | | | | Received | 07/02 | J | | |
| 115. Covidien Ltd (Tyco reorg) | | | | | Sold | 09/19 | J | | |
| 116. Discover Financial(Ommited from prev rep) | | | | | Buy | 07/06 | J | | |
| 117. Discover Financial | | | | | Sell | 07/05 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 06/11/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544